TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2083
     Facsimile:  (213) 894-7819
     E-mail: Aaron.Kollitz@usdoj.gov

Attorneys for Defendant
LOUIS DeJOY, Postmaster General
of the United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSE CURIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DeJOY[1], *Postmaster General of the United States Postal Service;* DOES I through X*, inclusive*<br><br>    Defendants. | No. SACV 17-2192 JLS (KESx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Josephine L. Staton<br>United States District Judge |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Louis DeJoy, is automatically substituted for his predecessor, Megan Brennan.

1  IT IS HEREBY STIPULATED AND AGREED by Plaintiff, JOSÉ CURIEL and Defendant, LOUIS DeJOY, in his capacity as Postmaster General of the United States Postal Service, by and through their respective attorneys, that the above-captioned action shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs and expenses.

Dated: February 8, 2021            JENNIFER KRAMER LEGAL, APC


　　　　　　　　　　　　　　　　　　 */s/ Jennifer Kramer*
                                   JENNIFER KRAMER
                                   Attorneys for Plaintiff, JOSÉ CURIEL


Dated: February 8, 2021            TRACY L. WILKISON
                                   Acting United States Attorney
                                   DAVID M. HARRIS
                                   Assistant United States Attorney
                                   Chief, Civil Division
                                   JOANNE S. OSINOFF
                                   Assistant United States Attorney
                                   Chief, General Civil Division

　　　　　　　　　　　　　　　　　　  /s/ *Aaron Kollitz*
                                   AARON KOLLITZ
                                   Assistant United States Attorney

                                   Attorneys for Defendant
                                   LOUIS DeJOY, Postmaster General of the
                                   United States Postal Service

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Aaron Kollitz, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Jennifer Kramer has concurred in this filing.

Dated: February 8, 2021

/s/    *Aaron Kollitz*
Assistant United States Attorney