# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE CURIEL, | No. SACV 17-2192 JLS (KESx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| LOUIS DeJOY[1], *Postmaster General of the United States Postal Service;* DOES I through X, *inclusive* | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal (Doc. 54) and found good cause, this Court ORDERS that this action is DISMISSED WITH PREJUDICE, with and each party bearing their own fees and costs.

Dated: February 16, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Louis DeJoy, is automatically substituted for his predecessor, Megan Brennan.